UNITED STATES of America, Appellant, v. Joseph ROTHERMEL.

No. 12563.

Circuit Court of Appeals, Eighth Circuit.

March 12, 1943.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellant.

Taylor R. Young and Fred A. Gossom, both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs to either party in this Court, on stipulation.